# COURT MINUTES

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor     Date: 5/8/14     Time: 10:00 A.M.

---

Defendant: 1) Florin Claudiu     J#: 02312-104     Case #: 14-2533-SIMONTON
AUSA: Marc Osborne     Attorney: SIMON DRAY (CJA)
Violation: CONSP/ACCESS DEVICE FRAUD/BANK FRAUD
Proceeding: PTD     CJA Appt:
Bond/PTD Held: ☒ Yes ☐ No     Recommended Bond: PTD
Bond Set at: PTD – risk     Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
☐ Random urine testing by Pretrial Services Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: Romanian

Disposition:
Prel/Arr 5/15
PTD hng held
S/A Homeland Security Manuel Hernandez sworn + testified
PTD – risk only

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 11:06:01     Time in Court: 25